UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HERNAN O'RYAN CASTRO,

        Petitioner,

  v.

ROBERT E MCFADDEN,

        Respondent.
                                 /

Case Number: CV07-05775 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hernan O'Ryan Castro Reg. No. 73026-011
Taylor Street Center
111 Taylor Street
San Francisco, CA 94102

Dated: November 20, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk