Hernan O. Castro
111 Taylor Street
San Francisco, CA 94102

In Pro Se

FILED
08 APR 23 PM 1:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HERNAN O'RYAN CASTRO,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT E. McFADDEN,<br>  Western Regional Director,<br>  Federal Bureau of Prisons,<br><br>    Respondent. | C 07 5775 PJH (PR)<br><br>PETITIONER'S NOTICE<br>OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE that Petitioner, Hernan O'Ryan Castro, has a new mailing address. Petitioner will be transferred to home confinement, effective Thursday, April 24, 2008. Petitioner's new mailing address is

        Hernan O. Castro
        15 Carleton Avenue
        Daly City, CA 94015-3805

Respectfully submitted,

Date: April 21, 2008

_____
Hernan O'Ryan Castro
In Pro Se

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have mailed a copy of the above document to Mr. Dennis M. Wong, Esq., Special Assistant U. S. Attorney, U.S. Attorney's Office, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102-3495.
Mailed and executed this 21st day of April of 2008.

_____
Hernan O'Ryan Castro