UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HERNAN O'RYAN CASTRO,

        Plaintiff,

  v.

ROBERT E MCFADDEN et al,

        Defendant.
                                         /

Case Number: CV07-05775 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hernan O'Ryan Castro
15 Carleton Avenue
Daly City, CA 94015-3805

Dated: August 25, 2008

                                              Richard W. Wieking, Clerk
                                              By: T. De Martini, Deputy Clerk